**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| BRAD PATTERSON, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLEVIATE FINANCIAL SOLUTIONS LLC,<br><br>Defendant. | Case No. 1:25-cv-00001-JPH-MJD |

Now comes Defendant, by counsel, and provides the following:

**DEFENDANT'S PRELIMINARY WITNESS AND EXHIBIT LIST**

**Witnesses:**

1. Plaintiff.

2. Employee(s) of Defendant, including but not necessarily limited to Robert Caracciola, Vice President of Risk and Compliance.

3. Employee(s) of any currently unknown third parties who may have communicated with Plaintiff.

4. All witnesses disclosed by Plaintiff.

5. Potential expert(s). Defendant may seek to use expert testimony but has not retained any experts at this time.

6. Other witnesses/individuals not yet known but who may have information relevant to Plaintiff's allegations and/or Defendant's defenses.

**Exhibits:**

1. Defendant's files and records, if any, related to its non-involvement in this matter, except privileged communications.

2. The files, records and/or other materials disclosed and/or produced by Plaintiff.

3. The files, records and/or other materials of any currently unknown third parties who may have communicated with Plaintiff.

4. Documents, records and/or reports reviewed and/or generated by any expert witness in this action.

5. Any item necessary for impeachment or rebuttal.

6. Other documents, electronically stored information and/or tangible things not yet known, but which may contain information relevant to Plaintiff's allegations and/or Defendant's defenses.

Dated: April 24, 2025

/s/Boyd v. Gentry
Boyd W. Gentry (OH#0071057)
Law Office of Boyd W. Gentry, LLC
4031 Colonel Glenn Highway
First Floor
Dayton, Ohio 45431
(937) 839-2881
bgentry@boydgentrylaw.com
*Attorney for Defendant*
*Alleviate Financial Solutions LLC*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served to all counsel of record via the Clerk of Court's CM/ECF system on April 24, 2025.

Dated: April 24, 2025

/s/Boyd v. Gentry
Boyd W. Gentry (OH#0071057)