**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| BRAD PATTERSON, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLEVIATE FINANCIAL SOLUTIONS LLC,<br><br>Defendant. | Case No. 1:25-cv-00001-JPH-MJD |

**STIPULATION FOR DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a), it is hereby stipulated and jointly requested by the parties to this case, through their respective counsel, that the above-entitled action shall be dismissed in its entirety, without prejudice. Each party shall bear its own costs and expenses.

Respectfully submitted,

Dated: May 8, 2025

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com
Counsel for Plaintiff

Dated: May 8, 2025

*/s/ Boyd v. Gentry*
Boyd W. Gentry
Law Office of Boyd W. Gentry LLC
4031 Colonel Glenn Highway
First Floor
Dayton, OH 45431

(937) 839-2881
bgentry@boydgentrylaw.com
Counsel for Defendant