**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| BRAD PATTERSON, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLEVIATE FINANCIAL SOLUTIONS LLC,<br><br>Defendant. | Case No. 1:25-cv-00001-JPH-MJD |

## ORDER OF DISMISSAL

Having considered the parties' Stipulation for Dismissal, the above-entitled action is hereby dismissed in its entirety, without prejudice. Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

DATED: ________________ ________________________________________