# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BRAD PATTERSON, on behalf of himself and others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>ALLEVIATE FINANCIAL SOLUTIONS LLC,<br><br>        Defendant. | The court acknowledges the Stipulation of Dismissal, Dkt. [22]. The Clerk is DIRECTED to close this case on the docket.<br>JPH 5/8/2025.<br>Distribution via ECF.<br><br>Case No. 1:25-cv-00001-JPH-MJD |

## STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), it is hereby stipulated and jointly requested by the parties to this case, through their respective counsel, that the above-entitled action shall be dismissed in its entirety, without prejudice. Each party shall bear its own costs and expenses.

Respectfully submitted,


Dated: May 8, 2025             */s/ Anthony I. Paronich*
                                        Anthony I. Paronich
                                        Paronich Law, P.C.
                                        350 Lincoln Street, Suite 2400
                                        Hingham, MA 02043
                                        (617) 485-0018
                                        anthony@paronichlaw.com
                                        Counsel for Plaintiff


Dated: May 8, 2025             */s/ Boyd v. Gentry*
                                          Boyd W. Gentry
                                        Law Office of Boyd W. Gentry LLC
                                        4031 Colonel Glenn Highway
                                        First Floor
                                        Dayton, OH 45431